UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LESLIE JAMES PICKERING,

           Plaintiff,                               19-CV-417

     v.

U.S DEPARTMENT OF JUSTICE and
U.S DEPARTMENT OF HOMELAND SECURITY

           Defendant.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that defendant U.S. Department of Justice ("DOJ"), on behalf of its component agency, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), by its attorney, Michael S. Cerrone, Assistant United States Attorney, for James P. Kennedy, Jr., United States Attorney for the Western District of New York, hereby moves this Court for an order: (i) pursuant to Fed. R. Civ. P. 56, granting defendant DOJ summary judgment and dismissing plaintiff's complaint in its entirety with prejudice; and (ii) for such other and further relief as the Court may deem just or proper.  Defendant DOJ's motion is supported by the accompanying Declaration of Adam C. Siple, together with the attached exhibits, Statement of Undisputed Facts, and Memorandum of Law.

**PLEASE TAKE NOTICE THAT** the motion will be heard at the United States Courthouse, 2 Niagara Square, Buffalo, New York at a date and time to be set by the Court.

**PLEASE TAKE FURTHER NOTICE THAT** defendant intends to serve and file reply papers and, therefore, any papers in opposition to this motion are due twenty-eight days from the date of service of this motion, pursuant to Local Rule 7(b)(2)(A).

DATED: Buffalo, New York, November 30, 2020

JAMES P. KENNEDY, JR.
United States Attorney

    S/Michael S. Cerrone

BY:   MICHAEL S. CERRONE
Assistant U.S. Attorney
U.S. Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5851
michael.cerrone@usdoj.gov